UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Nevest Coleman
                         Plaintiff,

v.                                                     Case No.: 1:18−cv−00998
                                                                Honorable Robert W. Gettleman

City of Chicago, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 18, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: Status and motion hearing held on 7/18/2018. For the reasons stated on the record, the court grants plaintiff's joint motion [50] to appoint and substitute a special representative for defendant William R. Foley and appoints the city clerk as personal representative. The parties are to draft a proposed Order and submit it to the Court's proposed order email box. Defendants Harold Garfinkle and Cook County's motion [56] for an extension of time to 7/26/2018 to answer or otherwise plead is granted. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.