## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number: 18 C 998

Nevest Coleman,
              Plaintiff,
   v.                                                  Judge Robert W. Gettleman

City of Chicago, et al.,
              Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Harold Garfinkel and Cook County, Defendants

| | |
|---|---|
| Name  Derek R. Kuhn | |
| SIGNATURE  */s/ Derek R. Kuhn* | |
| FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS  500 RICHARD J. DALEY CENTER | |
| CITY/STATE/ZIP  CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6313294 | TELEPHONE NUMBER  (312) 603-5527 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

      I, Derek R. Kuhn, Assistant State's Attorney, hereby certify that copies of the foregoing *Appearance* were served pursuant to the District Court's ECF system as to ECF filers, including Plaintiff's counsel, on July 24, 2018.

      By: */s/ Derek Kuhn*
      Derek R. Kuhn