# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Nevest Coleman

                          Plaintiff,

v.                                        Case No.: 1:18−cv−00998
                                             Honorable Robert W. Gettleman

City of Chicago, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 26, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion [93] to toll the time period to serve deceased defendant Foley's estate is granted. The time to serve the representative of Defendant Foley's Estate is tolled until 30 days after a representative has been appointed. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.