# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Nevest Coleman

                Plaintiff,

v.

                                       Case No.: 1:18–cv–00998

                                       Honorable Robert W. Gettleman

City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 19, 2018:

      MINUTE entry before the Honorable Maria Valdez: Motion hearing held on Plaintiffs' Joint Motion to Compel Defendant City to Produce Unredacted Documents [112]. Defendants to file a response by 1/2/19. Continued motion hearing set for 1/8/19 at 10:15 a.m. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.