UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Nevest Coleman

                Plaintiff,

v.                                              Case No.: 1:18−cv−00998
                                                      Honorable Robert W. Gettleman

City of Chicago, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 14, 2019:

    MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 3/14/2019. Based on the representations of counsel in court today, defendant's motion for reconsideration of Court's order appointing the clerk of the City of Chicago as "personal representative" of the estate of William Foley [72] is terminated as moot. Status hearing set for 10/10/2019 at 9:00 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.