Order Appointing Representative of Decedent's Estate - Intestate (02/24/15) CCP N314

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, PROBATE DIVISION

Estate of

William R. Foley

Deceased

No. 2004 P 2046

### ORDER APPOINTING REPRESENTATIVE OF DECEDENT'S ESTATE - INTESTATE

On the Petition of Derrell Fulton to Reopen the Estate and Petition for issuance of Successive Letters of
(printed name of the Petitioner)

Administration; *and the nominated representative's being a nonresident of Illinois and having complied with §1-11 of the Probate Act of 1975 [755 ILCS 5/1-11] by filing with the Court a Designation of Resident Agent to accept service of process, notice or demand required or permitted by law to be served upon the representative;

**IT IS ORDERED THAT:**

A. Letters of Administration issue to Geri Lynn Yanow as Successive
(printed name of the proposed representative)

☐ 4232 Supervised Administrator    ☑ 4230 Independent Administrator
☐ 4249 Supervised Administrator to Collect    ☐ 4248 Independent Administrator to Collect
☐ 4237 Supervised Administrator de bonis non    ☐ 4236 Independent Administrator de bonis non
☐ 4227 Supervised Co-Administrators    ☐ 4231 Independent Co-Administrators

B. The representative shall present to the Court:

** 1. an Inventory as required by §14-1 of the Probate Act of 1975 [755 ILCS 5/14-1] by, or shall appear before the Court on, _____; 20___, at_____ m.;
(not more than 60 days after the date of this Order)   ☐ 4192

** 2. an Account as required by §24-1 of the Probate Act of 1975 [755 ILCS 5/24-1] by, or shall appear before the Court on, _____; 20___, at_____ m.; and
(not more than 14 months after the date of this Order)   ☐ 4292

*** 3. a Final Report as required by §28-11 of the Probate Act of 1975 [755 ILCS 5/28-11] by, or shall appear before the Court to present a written status report on, June 8, 2020,
(not more than 14 months after the date of this Order)

at 10:00 a.m.   ☒ 4297

* Strike if representative is a resident of Illinois
** Strike if independent administration
*** Strike if supervised administration

Atty. No.: 27942
Name: Nicholas Curran
Firm Name: Kathleen T. Zellner & Associates, P.C.
Attorney for Petitioner: Derrell Fulton
Address: 1901 Butterfield Road, Suite 650
City/State/Zip Code: Downers Grove, Illinois 60515
Telephone: (630) 955-1212
Email Address: attorneys@zellnerlawoffices.com

ENTERED
Judge Mary Ellen Coghlan-1659
APR 16 2019
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

_____ Judge     Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

Exhibit A