# Exhibit A

**Brad Heurung**

**From:** Andrew Grill
**Sent:** Thursday, October 03, 2019 9:53 PM
**To:** Brad Heurung
**Subject:** Ex. A

**From:** Kathleen Zellner <attorneys@zellnerlawoffices.com>
**Sent:** Friday, September 13, 2019 4:59 PM
**To:** Andrew Grill <agrill@rfclaw.com>
**Cc:** Russell Ainsworth <russell@loevy.com>
**Subject:** Re: Fulton/Coleman - Deps of Det. Kelly

Hi Andrew,

The problem is we are scheduled to start a trial 11/1. I could maybe do 11/1, but I anticipate jury selection will start 11/4 so that date is definitely out for us.

I suppose at some point we should have a conversation about whether the parties want to move for a brief extension to complete fact discovery, since so many of the witnesses have proved difficult to serve with subpoenas and we haven't done any party deps yet.

Nick

On Fri, Sep 13, 2019 at 4:27 PM Andrew Grill <agrill@rfclaw.com> wrote:

> Russell/Nick,
>
> I'm having a bit of trouble scheduling Kelly's dep. Discovery closes on 11/4. Can your offices be available on 11/1 or 11/4 for his dep?
>
> Thanks,
>
> Andrew
>
>
>
> Andrew Grill
>
> **Rock Fusco & Connelly, LLC**
>
> 321 N. Clark Street, Suite 2200
>
> Chicago, Illinois 60654

312.970-3422 (p) I 312.494.1001 (f)

agrill@rfclaw.com I http://www.rfclaw.com

--
Kathleen T. Zellner & Associates, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Office: (630) 955-1212
Fax: (630) 955-1111

website: kathleentzellner.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply email and immediately delete it and any attachments without copying or further transmitting the same.