# Exhibit C

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRELL FULTON, aka DARRYL FULTON ) | |
| ) | |
| Plaintiff, ) | Case No. 17-cv-8696 |
| ) | |
| v. ) | Honorable Martha M. Pacold, |
| ) | Presiding District Judge |
| CHICAGO POLICE OFFICER WILLIAM ) | |
| FOLEY, et al., ) | Honorable Sunil R. Harjani, |
| ) | Presiding Magistrate Judge |
| Defendants ) | |

| | |
|---|---|
| NEVEST COLEMAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 18-CV-998 |
| ) | |
| v. ) | Honorable Martha M. Pacold, |
| ) | Presiding District Judge |
| CITY OF CHICAGO, et al., ) | |
| ) | Honorable Sunil R. Harjani, |
| Defendants ) | Presiding Magistrate Judge |

PARTIES' JOINT STATUS REPORT
CONCERNING DEPOSITION SCHEDULING

The parties, by and through their respective attorneys, and in compliance with this Court's order that a status report regarding scheduling of depositions be filed (Fulton ECF No. 168; Coleman ECF No. 151), state as follows:

1. The parties have taken the following depositions in this case: Michael Barber (June 27, 2019), Larry Calimee (July 11, 2019), Kamarie Williams (August 1, 2019), retired Officer John Stella (August 26, 2019), retired Officer Frank Gurtowski (August 26, 2019), and Officer Mark Mora (September 19, 2019).

2. Since the last status report, Plaintiffs had noticed and issued subpoenas to depose the following witnesses: Eddie Taylor (September 12, 2019), Clarence Neal (September 26, 2019), and Chester Latham (September 30, 2019). Latham and Neal are both out-of-state witnesses, and Plaintiffs have had difficulty serving them with subpoenas. Plaintiffs have also had difficulty locating Eddie Taylor and Francine Calimee. For these reasons, Plaintiffs have not yet been able to take their depositions.

3. Since the last status report, Defendants had noticed and issued a subpoena to depose Rodney Butler (September 16, 2019). However, Defendants were unable to confirm that Butler would appear for his deposition, and the deposition therefore did not proceed.

4. Defendant O'Brien has a serious medical condition, and the parties are in ongoing discussions about the timing of his deposition.

5. The parties have blocked off several dates in October to try complete as many party and fact-witness depositions as possible. The current schedule for depositions is as follows:

| Date | Witness |
|---|---|
| 10/8/19 | Rodney Butler |
| 10/10/19 | Defendant Boudreau |
| 10/15/19 | Defendant Halloran |
| 10/17/19 | Shaunice Williams |
| 10/18/19 | Defendant Clancy |
| 10/21/19 | Defendants Graf and Carroll |
| 10/22/19 | Plaintiff Fulton |

| 10/23/19 | Defendant Garfinkel |
| --- | --- |
| 10/28/19 | Plaintiff Coleman |
| 11/1/19 | Defendant Kelly |

6. The remaining fact-witness depositions that need to be scheduled in addition to the above-listed witnesses include: Eddie Taylor, Chester Latham, Clarence Neal, Francine Calimee, ASA Mark Rotert, ASA Brian Sexton, Kimberly Green, Kimberly Johnson-Adams, Erika Earl, Felicia Pittman, Alicia Parker, Dorothy Davis, representatives from the Illinois State Police Crime Laboratory, Illinois State Police forensic investigators, representatives from the Chicago Police Department's Latent Print Unit, Cook County Medical Examiner, representatives from the Cook County State's Attorney's Office involved in Plaintiffs' post-conviction proceedings, as well as witnesses related to Plaintiffs' juvenile arrests and prosecutions. Additional witnesses may be identified as discovery progresses.

Respectfully submitted,

/s/ Russell Ainsworth
Russell Ainsworth
Attorney for Plaintiff Coleman
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

/s/ Kathleen T. Zellner
Kathleen T. Zellner
Attorney for Plaintiff Fulton
Kathleen T. Zellner & Associates
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
(630) 955-1212

/s/ Andrew J. Grill
Andrew J. Grill
Attorney for Defendant Officers
Rock Fusco & Connelly
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
(312) 474-1000

/s/ Lisa M. Meador
Lisa M. Meador
Attorney for Defendant City
The Sotos Law Firm
141 W. Jackson Blvd., 1240A
Chicago, Illinois 60143
(630) 735-3300

/s/ Derek Kuhn
Derek Kuhn
Attorney for County Defendants
Office of the Cook County State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5527