## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Nevest Coleman
                        Plaintiff,

v.
                                            Case No.: 1:18−cv−00998
                                            Honorable Martha M. Pacold

City of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing previously set for 7/8/2020 is stricken and reset to 9/29/2020 at 9:15 a.m. The Court has reviewed the joint status report [209]. The parties have reserved multiple dates for depositions throughout the end of September 2020 and agree that some depositions will take place in−person, while some depositions will take place remotely. The parties are ordered to meet the dates that they identified and complete the depositions listed before the next status hearing. The parties additionally provided answers to the Courtss questions from its order on 5/21/2020 [207] regarding expert and Monell discovery. As a result of the answers provided by the parties, the Court will set a dispositive motion deadline for motions to be filed before the district judge once all non−Monell fact discovery is completed. The parties are ordered to file a joint status report five days prior to the next status hearing with an update on discovery as well as a proposed fact discovery close date on the non−Monell claims. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.