# Exhibit C



OFFICE OF THE STATE'S ATTORNEY
COOK COUNTY, ILLINOIS

**KIMBERLY M. FOXX**
STATE'S ATTORNEY

KARL HOFBAUER
ASSISTANT STATE'S ATTORNEY
MUNICIPAL LITIGATION UNIT

500 RICHARD J. DALEY CENTER
CHICAGO, ILLINOIS 60602

PHONE (312) 603-5170
FAX (312) 603-3000

February 28, 2019

To: All counsel of record.

### **AMENDED** PRIVILEGE LOG OF THE STATE'S ATTORNY OF COOK COUNTY
*Coleman v. City of Chicago, et al.* **18 C 00998** and *Fulton v. City of Chicago, et al.* **17 C 8696**

| No. | Bates Range | Document Type | Basis of Privilege | Description | Date Authored |
|---|---|---|---|---|---|
| 1. | 5622-5643 | Internal memorandum | Work Product Deliberative process and Attorney-client | Internal Conviction Integrity memorandum created by Gina Savini and Mark Rotert recommending course of action | November 3, 2017 |
| 2. | 5656-5659 | Internal memorandum | Work Product | Cook County State's Attorney investigative report regarding interview of Sandra Griffin-Barber | July 31, 2017 |
| 3. | 5853-5866 | Internal memorandum | Work Product | Internal felony review memorandum created by Harold Garfinkel | UNKNOWN |
| 4. | 5867-5870 | Redacted Notes | Work Product Deliberative Process | Attorney notes of mental impressions and strategy in preparation for Plaintiff Fulton's motion for a new trial | UNKNOWN |
| 5. | 5871-5872 | Motion Draft with handwritten notes | Work Product Deliberative Process | Attorney notes of mental impressions and strategy in preparation for and during motion hearing | UNKNOWN |
| 6. | 5873-5875 | Redacted | Work Product | Attorney notes of | UNKNOWN |

| | | Notes | Deliberative Process | mental impressions and strategy in preparation for and during Plaintiff Fulton's motion to suppress statements | |
|---|---|---|---|---|---|
| 7. | 5876-5880 | Notes | Work Product Deliberative Process | Attorney notes of mental impressions and strategy in preparation for and during motion hearing | UNKNOWN |
| 8. | 5881-5883 | Notes | Work Product Deliberative Process | Attorney notes of mental impression and strategy in preparation for and during trial | UNKNOWN |
| 9. | 5884-5911 | Notes | Work Product Deliberative Process | Attorney notes of mental impression and strategy in preparation for and during motion hearings | UNKNOWN |
| 10. | 5912-5915 | Notes | Work Product Deliberative Process | Attorney notes of mental impression and strategy in preparation for and during trial | UNKNOWN |
| 11. | 5916-5951 | Notes | Work Product Deliberative Process | Attorney notes of mental impression and strategy in preparation for and during trial | UNKNOWN |
| 12. | 5952-5968 | Notes | Work Product Deliberative Process | Attorney notes of mental impressions and strategy in preparation for and during sentencing | UNKNOWN |
| 13. | 5969-5978 | Notes | Work Product Deliberative Process | Attorney notes of mental impressions and strategy in preparation for and during trial | UNKNOWN |
| 14. | 5979-6015 | Notes | Work Product Deliberative Process | Attorney notes of mental impressions and strategy in preparation for and during juror selection | UNKNOWN |
| 15. | 6016-6019 | Notes | Work Product Deliberative Process | Attorney notes of mental impressions and strategy in preparation for and during trial | UNKNOWN |
| 16. | 6020-6057 | Notes | Work Product | Attorney notes of | UNKNOWN |

2

| | | | | | |
|---|---|---|---|---|---|
| | | | Deliberative Process | mental impressions and strategy in preparation for and during trial | |
| 17. | 6058-6142 | Notes | Work Product Deliberative Process | Attorney notes of mental impressions and strategy in preparation for and during trial | UNKNOWN |
| 18. | 6143-6147 | Outline | Work Product Deliberative Process | Attorney outline in anticipating for hearing | UNKNOWN |
| 19. | 6148 | Notes | Work Product Deliberative Process | Attorney notes of mental impressions and strategy in preparation for and during trial | UNKNOWN |
| 20. | 6149-6156 | Outline | Work Product Deliberative Process | Attorney outline in anticipating for hearing | UNKNOWN |
| 21. | 6157 | Notes | Work Product Deliberative Process | Attorney notes of mental impression and strategy in preparation for and during trial | UNKNOWN |

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

 /s/ T. Andrew Horvat
T. Andrew Horvat
Cook Co. Assistant State's Attorney
50 W. Washington, 5th Floor
Chicago, Illinois 60602
(312) 603-3362

3

## CERTIFICATE OF SERVICE

      I, T. Andrew Horvat, hereby certify that on February 28, 2019, I served the attached Amended Privilege Log along with CCSAO5567-5842 via email to all counsel of record in accordance with the rules regarding the service of documents.

                                                */s/ T. Andrew Horvat*
                                                T. Andrew Horvat
                                                Cook Co. Assistant State's Attorney
                                                50 W. Washington, 5th Floor
                                                Chicago, Illinois 60602
                                                (312) 603-3362