# Exhibit D



# OFFICE OF THE STATE'S ATTORNEY
## COOK COUNTY, ILLINOIS

**KIMBERLY M. FOXX**
STATE'S ATTORNEY

500 RICHARD J. DALEY CENTER
CHICAGO, ILLINOIS 60602
(312) 603-5440

DEREK KUHN
ASSISTANT STATE'S ATTORNEY
CIVIL ACTIONS BUREAU

Direct: (312) 603-5527
derek.kuhn@cookcountyil.gov

October 11, 2019

To: All counsel of record

## CCSAO's Supplemental Privilege Log
*Coleman v. City of Chicago, et al.* **18 C 00998** and *Fulton v. City of Chicago, et al.* **17 C 8696**

| No. | Bates Range | Document Type | Privilege | Description |
|---|---|---|---|---|
| 1 | Sup. 2 | Email | Work Product Deliberative Process | Internal email regarding draft of statement |
| 2 | Sup. 3 | Handwritten notes | Work Product | Attorney notes regarding mental impressions |
| 3 | Sup. 4 - 5 | Email with handwritten notes | Work Product Deliberative Process | Email discussion and notes regarding mental impressions of DNA evidence |
| 4 | Sup. 36 | Handwritten notes | Work Product | Attorney notes regarding mental impressions of evidence |
| 5 | Sup. 37, 43, 44, 46 | Handwritten note | Work Product | Attorney notes regarding mental impressions of evidence |
| 6 | Sup. 53 – Sup. 56 | Email chain | Work Product Deliberative Process | Internal email regarding analysis of evidence |
| 7 | Sup. 57, 59, 60, 62 | Handwritten note | Work Product | Attorney note regarding mental impression of evidence |
| 8 | Sup. 63 - 85 | Internal memorandum | Work Product Deliberative Process and Attorney-Client | Duplicate Conviction Integrity Unit memorandum created by Gina Savini and Mark Rotert recommending course of action |
| 9 | Sup. 95, 96 | Handwritten notes | Work Product | Attorney note regarding mental impression of police report |
| 10 | Sup. 201 – 203, 206-208 | Handwritten notes | Work Product Deliberative Process | Attorney notes regarding mental impressions of evidence |
| 11 | Sup. 312 – 314 | Handwritten notes | Work Product Deliberative Process | Attorney notes regarding mental impressions of evidence |
| 12 | Sup. 315 – 320 | Typed notes | Work Product | Attorney Notes regarding CODIS Hit |

| 13 | Sup. 323 – 325 | Handwritten notes | Work Product Deliberative Process | Attorney Notes from CIU interview of Coleman |
| 14 | Sup. 350 – 351 | Internal memorandum | Work Product | Duplicate of Internal felony review memorandum created by Harold Garfinkel |
| 15 | Sup. 352 | Handwritten notes | Work Product Deliberative Process | Attorney notes regarding mental impressions of evidence |

Respectfully submitted,
KIMBERLY M. FOXX
State's Attorney of Cook County

By: /s/ Derek Kuhn
Derek Kuhn
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5527