# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| NEVEST COLEMAN, | ) | |
| *Plaintiff*, | ) | Case No. 18-CV-998 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold, District Judge |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Hon. Sunil R. Harjani, Magistrate Judge |
| *Defendants.* | ) | |
| | ) | **JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| DERRELL FULTON, | ) | |
| *Plaintiff*, | ) | Case No. 17-CV-8696 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold, District Judge |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Hon. Sunil R. Harjani, Magistrate Judge |
| *Defendants.* | ) | |
| | ) | **JURY TRIAL DEMANDED** |

## PLAINTIFFS' LIST OF EXHIBITS

Exhibit 1      Coleman Deposition

Exhibit 2      Fulton Deposition

Exhibit 3      Barber Grand Jury Testimony

Exhibit 4      Barber Criminal Trial Testimony

Exhibit 5      Barber Deposition

Exhibit 6      Latham Deposition

Exhibit 7      Kelly Deposition

Exhibit 8      Boudreau Dep.

Exhibit 9      (Group Exhibit) GPRs

Exhibit 10     Halloran Deposition

| | |
|---|---|
| Exhibit 11 | Coleman Motion to Suppress Testimony |
| Exhibit 12 | Carroll Deposition |
| Exhibit 13 | Halloran Criminal Trial Testimony 5.7.1997 |
| Exhibit 14 | Calimee Deposition |
| Exhibit 15 | Shaunice Williams Deposition |
| Exhibit 16 | Foley Motion to Suppress Testimony dated 6.5.1996 |
| Exhibit 17 | O'Brien Deposition |
| Exhibit 18 | Clancy Deposition |
| Exhibit 19 | Sussman Deposition |
| Exhibit 20 | 10.9.2013 Letter from Fulton to CIU |
| Exhibit 21 | 5.31.2017 Forensic Report |
| Exhibit 22 | 7.21.2017 Forensic Report |
| Exhibit 23 | Scene Photo |
| Exhibit 24 | Foley Criminal Trial Testimony dated 5.7.97 |
| Exhibit 25 | Rotert Deposition |
| Exhibit 26 | Neal Deposition (Filed Under Seal) |
| Exhibit 27 | Supplementary Report dated 6.9.1994 (1st Supp. Report) |
| Exhibit 28 | Foley Supp. Report dated 6.10.1994 (2nd Supp. Report) |
| Exhibit 29 | Taylor Deposition |
| Exhibit 30 | Coleman Statement dated 4.29.1994 |
| Exhibit 31 | Nevest Coleman Affidavit dated 1.18.2018 |
| Exhibit 32 | Fulton Certificate of Innocence |
| Exhibit 33 | Coleman Certificate of Innocence |
| Exhibit 34 | 11.29.2017 ISP DNA Report |
| Exhibit 35 | 7.18.2017 ISP DNA Report |
| Exhibit 36 | 9.25.2017 ISP DNA Report |
| Exhibit 37 | 12.14.2017 ISP DNA Report |
| Exhibit 38 | Bouto COI Order dated 3.27.19 |
| Exhibit 39 | People's Objection to Bouto's COI Petition |

| | |
|---|---|
| Exhibit 40 | Coleman's Motion to Suppress Statement |
| Exhibit 41 | Barber's Handwritten Statement |
| Exhibit 42 | Garfinkel Deposition |
| Exhibit 43 | Young Testimony in *People v. Hill* |
| Exhibit 44 | Motion to Hold in Abeyance in *People v. Gillespie* |
| Exhibit 45 | Gillespie PC Petition |
| Exhibit 46 | Coleman Felony Review Jacket |
| Exhibit 47 | Coleman Felony Minute Sheet |
| Exhibit 48 | Calimee Handwritten Statement |
| Exhibit 49 | Williams Handwritten Statement |
| Exhibit 50 | Coleman First Supplemental Response to Boudreau's First Set of Interrogatories |
| Exhibit 51 | CCSAO's Opposition to Johnson, Styles and Ezells' COI Petition |
| Exhibit 52 | Young Statement |
| Exhibit 53 | Sentencing Statement |
| Exhibit 54 | Appellee Response Brief in *Gomez v. People* |
| Exhibit 55 | Coleman Affidavit dated 8.3.2021 |
| Exhibit 56 | 7.22.05 Guilty Plea Transcript |
| Exhibit 57 | Supp. Report dated 4.29.94 |
| Exhibit 58 | Neal CIU Interview (Filed Under Seal) |
| Exhibit 59 | Officer Jones General Offense Report (Filed Under Seal) |
| Exhibit 60 | Officer Stubbs General Offense Report (Filed Under Seal) |
| Exhibit 61 | Supp. Report dated 2.4.1999 re sexual assault of A (Filed Under Seal) |
| Exhibit 62 | Supp. Report dated 4.9.2002 re CODIS hit (Filed Under Seal) |
| Exhibit 63 | Supp. Report dated 8.9.2004 re CODIS hit (Filed Under Seal) |
| Exhibit 64 | Supp. Report dated 8.27.2001 re sexual assault of E (Filed Under Seal) |
| Exhibit 65 | Supp. Report dated 8.29.2004 re ID of Neal (Filed Under Seal) |
| Exhibit 66 | Supp. Report dated 8.31.2004 re CODIS hit (Filed Under Seal) |
| Exhibit 67 | Supp. Report dated 8.31.2004 re sexual assault of F (Filed Under Seal) |
| Exhibit 68 | Officer Santana General Offense Report (Filed Under Seal) |

| | |
|---|---|
| Exhibit 69 | Excerpt of Lizette Mojica in *People v. Mata* |
| Exhibit 70 | Excerpts of Patrick Waller in *People v. Massey and Ealy* |
| Exhibit 71 | Stella Trial Testimony |
| Exhibit 72 | Pamela Fish Trial Testimony |
| Exhibit 73 | LabCorp Report Dated 3.13.1997 |
| Exhibit 74 | Off. Small Supp. Report dated 4/28/94 |
| Exhibit 75 | Det. Kelly Crime Scene Processing Report dated 4/29/94 |
| Exhibit 76 | Cogan Trial Testimony |
| Exhibit 77 | 11/26/94 Lab Report |
| Exhibit 78 | Off. Codina Crime Scene Processing Report dated 4/29/94 |
| Exhibit 79 | Codina Trial Testimony |
| Exhibit 80 | Patterson Trial Testimony |
| Exhibit 81 | Coleman Arrest Report |
| Exhibit 82 | Fulton Motion to Suppress Testimony |
| Exhibit 83 | Fulton Statement |
| Exhibit 84 | Fulton Arrest Report |
| Exhibit 85 | Garfinkel 4/16/96 Motion to Suppress Testimony |
| Exhibit 86 | Garfinkel Trial Testimony dated 5.8.1997 |
| Exhibit 87 | Foley Timeline |
| Exhibit 88 | Fulton Felony Review Jacket |
| Exhibit 89 | Sexton Dep |
| Exhibit 90 | Calimee Trial Testimony 5.5.97 |
| Exhibit 91 | Williams Trial Testimony |
| Exhibit 92 | Davis Deposition |
| Exhibit 93 | Griffin Deposition |
| Exhibit 94 | Foley 4/16/96 MTS Testimony |
| Exhibit 95 | Prosecutor's Closing Arguments dated 5.12.97 |
| Exhibit 96 | Coleman Verdict Forms |

| | |
|---|---|
| Exhibit 97 | Coleman Sentencing Order |
| Exhibit 98 | Fulton Sentencing Order |
| Exhibit 99 | Autopsy Report |
| Exhibit 100 | 5/4/2017 Forensic Report |
| Exhibit 101 | ISP Lab Report dated 3/2/18 |
| Exhibit 102 | Supplementary Report dated 9/7/04 (Filed Under Seal) |
| Exhibit 103 | Prosecutor Closing Arguments dated 5.13.94 |
| Exhibit 104 | Supplementary Report dated 9/8/04 (Filed Under Seal) |
| Exhibit 105 | Supplementary Report dated 9/18/17 (Filed Under Seal) |
| Exhibit 106 | Supplementary Report dated 6/24/12 (Filed Under Seal) |
| Exhibit 107 | Supplementary Report dated 8/20/12 (Filed Under Seal) |
| Exhibit 108 | Transcripts from 11/17/17 Court Hearing |
| Exhibit 109 | Transcripts from 12/1/17 Court Hearing |
| Exhibit 110 | Fulton COI Petition |
| Exhibit 111 | Coleman COI Petition |
| Exhibit 112 | Foley Trial Testimony |
| Exhibit 113 | Kelly DepositionExhibit 7 |
| Exhibit 114 | Garfinkel Motion to Suppress Testimony dated 6/5/96 |
| Exhibit 115 | Fulton Certified Statement of Conviction |
| Exhibit 116 | 8/7/85 Fulton Affidavit |
| Exhibit 117 | Fulton's First Supplemental Answers to Defendant Boudreau's Interrogatories |
| Exhibit 118 | 6/25/85 letter |
| Exhibit 119 | Mora Trial Testimony |
| Exhibit 120 | Garfinkel Trial Testimony dated 5.13.1997 |