**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

Exhibit # Kelly 07 07/14/20

DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT
DAY MONTH YEAR | DAY MONTH YEAR WATCH

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

---

Coleman, Nenest G. M/1/25 [redacted] 69
917 W. Garfield (HSE) 488-7926
Single, employed by Chgo White Sox - Ground Crew
SSN [redacted] 6932

– We had been smelling an odor for the last 3 days, mother has been asking me to go downstairs and check. I did not want too, because I thought it was a dead animal. Me + Mike went down there, I pushed on the door it would not open, I kept pushing on it, then Mike tried to push it 2x and he could not get it open. Window right the door, I asked Mike to go into the yard and look through the hole in the window. Mike n I pushed the cardboard in, he looked and jumped back, it looks like a body. Went to the store and bought some beer, came home, told my mom, we think there is a body in the basement, we went and got a flashlight, then went and bought batteries, came back, put batteries in, then went and looked again. Same spot. Mike looked in and said

REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. 22119 | DAY-MO-YR TIME 10 6 99

CPD-23.122 (Rev. 2/83)

its a body. Went upstairs told momma she called the police.

RFC_000192

Pls.' Exhibit 113