**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Derrell Fulton, AKA Darryl Fulton, | ) | |
| | ) | Case No. 17 CV 8696 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Pacold |
| v. | ) | |
| | ) | Magistrate Judge Harjani |
| City of Chicago, et al., | ) | |
| Defendants. | ) | |
| Nevest Coleman, | ) | |
| | ) | Case No. 18 CV 998 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Pacold |
| v. | ) | |
| | ) | Magistrate Judge Harjani |
| City of Chicago, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND
THE DEADLINE TO FILE REPLY
IN SUPPORT OF SUMMARY JUDGMENT**

Defendants former Chicago Police Officers JOHN HALLORAN, KENNETH BOUDREAU, JAMES O'BRIEN, GERALD CARROLL, WILLIAM MOSER, ALBERT GRAF, MICHAEL CLANCY, THOMAS BENOIT, THOMAS KELLY and GERI LYNN YANOW, as independent administrator of the Estate of WILLIAM FOLEY and former Cook County Assistant State's Attorney HAL GARFINKLE and COOK COUNTY (collectively the "Defendants"), through their respective attorneys submit this Unopposed Motion to Extend the Deadline to File their Reply in Support of their Motion for Summary Judgment.

1. In these lawsuits, Plaintiffs allege they were wrongfully convicted of the 1994 murder of Antwinica Bridgeman. The lawsuits were consolidated for all proceedings.

2. On May 25, 2021, Defendants filed their thirty-page Memorandums of Law in

1

support of their summary judgment motions (*Coleman* Dkt. 267; *Fulton* Dkt. 316) and accompanying Local Rule 56.1(b)(3)(C) Combined Statement of Material Facts (*Coleman* Dkt. 266; *Fulton* Dkt. 315) that contained 160 statements of fact.

3. On August 5, 2021, Plaintiffs filed their sixty-page Combined Response in Opposition to Defendants' Motions for Summary Judgment (*Coleman* Dkt. 289; *Fulton* Dkt. 338), their Statement of Additional Material Facts that contains 151 statements of fact (*Coleman* Dkt. 290; *Fulton* Dkt. 339), and their Responses to Defendants' Statement of Material Facts (*Coleman* Dkt. 292; *Fulton* Dkt. 340).

4. The current deadline for Defendants to file their reply briefing in support of their summary judgment motions is September 22, 2021. (*Fulton* Dkt. 333; *Coleman* Dkt. 284). This date was set after Plaintiffs requested additional time to file their Response brief. (*Id.*) A jury trial has not been set.

5. Defendants require additional time to file their replies in support of their summary judgment motions.

6. Defendants propose extending the deadline to file their replies by two weeks, until October 7, 2021.

7. Counsel for Defendants have communicated with counsel for Plaintiffs about this motion and Plaintiffs have indicated they do not oppose the motion and do not oppose the proposed deadline of October 7, 2021 for Defendants to file their replies.

WHEREFORE, Defendants respectfully request that the Court grant this motion to extend the deadline for Defendants to file their reply briefs and for any further relief the Court deems just and appropriate.

Respectfully submitted,

| | |
|---|---|
| Former Chicago Police Officers Michael Clancy, John Halloran, Kenneth Boudreau, James O'Brien, Gerald Carroll, William Moser, Albert Graf, Michael Clancy, Thomas Benoit, and Geri Lynn Yanow, as Independent Administrator of the Estate of William Foley | Defendants Hal Garfinkle and Cook County |
| /s/ Patrick R. Moran | /s/ William Oberts |
| Eileen E. Rosen<br>Patrick R. Moran<br>Andrew J. Grill<br>*Special Assistant Corporation Counsel for the City of Chicago*<br>Attorneys for Defendant Officers<br>Rock Fusco & Connelly<br>321 N. Clark Street, Suite 2200<br>Chicago, Illinois 60654<br>T: 312-494-1000 | William Oberts<br>Amy Kunzer<br>Tribler, Orpett & Meyer P.C.<br>225 W. Washington, Suite 2550<br>Chicago, IL 60606<br>T: 312-201-6400 |