UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Nevest Coleman
        Plaintiff,
v.                 Case No.: 1:18−cv−00998
                 Honorable Martha M. Pacold
City of Chicago, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2021:

  MINUTE entry before the Honorable Martha M. Pacold: Defendants' unopposed motion to extend the deadline to file their reply in support their motions for summary judgment [296] is granted. Defendants' reply briefs in support of their motions for summary judgment [262], [269], are due by 10/7/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.