Nevest Coleman

        Plaintiff,

v.                                                  Case No.: 1:18–cv–00998
                                                     Honorable Martha M. Pacold

City of Chicago, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 30, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Defendants' second unopposed motion for an extension of time to file their replies in support of summary judgment [298] is granted. Defendants' reply briefs in support of their motions for summary judgment [262], [269], are due 10/14/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.