# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Nevest Coleman

                            Plaintiff,

v.                                                           Case No.: 1:18−cv−00998
                                                          Honorable Martha M. Pacold

City of Chicago, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 1, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the pending dispositive motion, status hearing set for 10/6/2021 is stricken and reset to 2/9/2022 at 9:15 a.m. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (888) 684−8852 and the access code is 7354516. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.