UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Nevest Coleman
                       Plaintiff,

v.                                                                   Case No.: 1:18–cv–00998
                                                                    Honorable Martha M. Pacold

City of Chicago, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 28, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff has moved to file two sur–replies in response to defendants' reply in support of their motion for summary judgment. [309] Plaintiff seeks to file the first sur–reply because defendants have moved to strike portions of plaintiff's statement of additional facts. As far as the court can tell, defendants have not filed a motion to strike, which, as the court's standing order on its website makes clear, are strongly disfavored. Rather, defendants in their response to plaintiff's statement of additional facts [302] ask that some of plaintiffs' answers be stricken for failure to comply with Local Rule 56.1. [301]. As such, the court interprets plaintiff';s motion for leave to respond to defendant's motion to strike as a motion for leave to file a reply in support of plaintiff's statement of additional facts and grants the motion to file the first sur–reply under Local Rule 56.1(f). Plaintiff seeks to file the second sur–reply because defendants' reply accuses plaintiff of concocting a sham affidavit. The court also grants plaintiff's motion to file the second sur–reply. For docket management purposes, plaintiff is directed to file the sur–replies as two separate docket entries by 10/29/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.