# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NEVEST COLEMAN, | |
| Plaintiff, | Case No. 18-cv-998 |
| v. | Honorable Virginia M. Kendall |
| WILLIAM FOLEY, ET. AL. | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Defendants, Kenneth Boudreau, John Halloran, Michael Clancy, James O'Brien, Gerald Carroll, William Moser, Albert Graf, Thomas Kelly, Thomas Benoit, by and through their attorneys Rock Fusco & Connelly, LLC, hereby move for leave to withdraw the appearance of James B. Novy as their counsel, stating:

1. James B. Novy filed his appearance as an attorney for Defendants on April 4, 2018. *See* ECF No. 29.

2. James B. Novy is no longer at Rock Fusco & Connelly, LLC.

3. Eileen E. Rosen, Austin G. Rahe, Patrick R. Moran, and Andrew J. Grill will remain as counsel for Defendants.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their Motion and enter an order withdrawing James B. Novy's appearance as their counsel in this matter, and for any other relief it deems just.

Dated:   November 12, 2021.

1

Respectfully submitted,
DEFENDANTS
By:   /s/ *Eileen E. Rosen*
Eileen E. Rosen
Austin G. Rahe
Patrick R. Moran
Andrew J. Grill
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.494.1000
312.494.1001- fax
erosen@rfclaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of this document was served on all counsel of record via the Court's CM/ECF filing system, on the date of filing.

*/s/ Eileen E. Rosen*
