# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nevest Coleman

                        Plaintiff,

v.                                                Case No.: 1:18–cv–00998
                                                     Honorable Martha M. Pacold

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 6, 2023:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the pending dispositive motions, status hearing previously set for 6/9/2023 is stricken and reset to 11/30/2023 at 9:15 a.m. by telephone. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.