# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Derrell Fulton, AKA Darryl Fulton, ) | |
| ) | Case No. 17 CV 8696 |
| Plaintiff, ) | |
| ) | Hon. Judge Martha M. Pacold |
| v. ) | |
| ) | Hon. Mag. Judge Sunil R. Harjani |
| City of Chicago, et al., ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |
| Nevest Coleman, ) | |
| ) | Case No. 18 CV 998 |
| Plaintiff, ) | |
| ) | Hon. Judge Martha M. Pacold |
| v. ) | |
| ) | Hon. Mag. Judge Sunil R. Harjani |
| City of Chicago, et al. ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## MOTION TO WITHDRAW APPEARANCE OF SARA J. SCHROEDER

James G. Sotos, an attorney with The Sotos Law Firm, P.C., hereby moves to withdraw the appearance of Sara J. Schroeder as counsel for Defendant City of Chicago ("Defendant City"), in the present matter. In support of this motion, the undersigned states:

1. As of August 31, 2023, Sara J. Schroeder is no longer employed by The Sotos Law Firm, P.C., the firm representing Defendant City in this matter.

2. James G. Sotos and Lisa Meador will remain as counsel for Defendant City.

WHEREFORE, Defendant City respectfully requests that this Honorable Court enter an order permitting the withdrawal of Sara J. Schroeder's appearance as counsel in this matter.

Dated: March 12, 2024          Respectfully submitted,

/s/ James G. Sotos
JAMES G. SOTOS, Attorney No. 6191975
*One of the Attorneys for Defendant City of Chicago*

James G. Sotos
Lisa M. Meador
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
jsotos@jsotoslaw.com

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on Tuesday, March 12, 2024, I electronically filed the foregoing **Motion to Withdraw Appearance of Sara J. Schroeder** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on the below Service List.

***Plaintiff Fulton's Attorneys***
Kathleen T. Zellner
Douglas Henry Johnson
Nicholas M. Curran
Zellner & Associates, P.C.
4580 Weaver Parkway, Suite 204
Warrenville, Illinois 60555
630-955-1212
attorneys@zellnerlawoffices.com


***Plaintiff Coleman's Attorneys***
Russell Ainsworth
Arthur Loevy
Rachel E. Brady
Ruth Brown
Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, Illinois 60607
312-243-5900
russell@loevy.com
arthur@loevy.com
brady@loevy.com
ruth@loevy.com


***Attorneys for Individual Defendants***
Eileen E. Rosen
Patrick R. Moran
Andrew J. Grill
Austin G. Rahe
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Floor
Chicago, Illinois 60654
312-494-1000
erosen@rfclaw.com
pmoran@rfclaw.com
agrill@rfclaw.com
arahe@rfclaw.com

***Attorneys for Harold Garfinkel***
Amy Kunzer
William Oberts
Tribler Orpett & Meyer, PC
225 West Washington, Suite 2550
Chicago, Illinois 60606
312-201-6400
amkunzer@tribler.com
wboberts@tribler.com

***Attorneys for Cook County***
Paul Leo Fangman
Lyle K. Henretty
Jessica M. Scheller
Cook County State's Attorney's Office
50 W. Washington Street
Chicago, IL 60602
312-603-5480
Paul.fangman@cookcountyil.gov
Lyle.henretty@cookcountyil.gov
Jessica.scheller@cookcountyil.gov

/s/ James G. Sotos
JAMES G. SOTOS, Attorney No. 6191975
*One of the Attorneys for Defendant City of Chicago*