UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Nevest Coleman
                               Plaintiff,

v.                                            Case No.: 1:18−cv−00998
                                                             Honorable Martha M. Pacold

City of Chicago, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 18, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Continued argument on the pending motions for summary judgment [262], [269], held on 10/18/2024. Joint status report listing docket numbers of exhibits is due by 10/25/2024. If any party wishes to file a further one−page filing of exhibit excerpts, any such filing is due by 10/25/2024. The opposing party or parties' 5−page response brief is due by 11/1/2024. Any 5−page reply brief is due by 11/8/2024. Telephone status hearing set for 11/18/2024 at 1:15 p.m. for tracking purposes only. Dial toll−free call−in number: 888−684−8852; followed by the conference access code: 9482028#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions deemed necessary by the court. The court may cancel or postpone the hearing if it determines that one is unnecessary. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.